# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITRIN AUTO AND HOME INSURANCE COMPANY, | Civil No. 23-3728 (JRT/DJF) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| AMAZON.COM SERVICES, LLC, et al., | |
| Defendants. | |

---

Benjamin F. Gallagher, **GALLAGHER LAW FIRM,** 3252 Rice Street, St. Paul, MN 55126, for plaintiff.

Emily Erickson, **FAEGRE DRINKER BIDDLE & REATH, LLP,** 2200 Wells Fargo Center, 90 S. 7th Street, Minneapolis, MN 55402, for defendants.

The parties filed a Stipulation of Dismissal on January 11, 2024 (ECF No. 14).

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that these matters are **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 24, 2024                  ___s/John R. Tunheim____
at Minneapolis, Minnesota             JOHN R. TUNHEIM
                                                    United States District Judge